■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PRIDGEN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered March 6, 1989, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Remarks made by the prosecutor during summation did not deprive the defendant of a fair trial. The remarks were based on reasonable inferences from the evidence and constituted fair comment *(see, People v Pugliese,* 131 AD2d 789, 790). Additionally, the prosecutor properly attempted to rehabilitate his principal witness whose credibility had been attacked during defense counsel's summation *(see, People v Gibbs,* 166 AD2d 454).

The defendant's allegation that the trial court erred by denying his request for a charge on prior inconsistent statements is without merit. The general credibility instruction, rendered by the court, was sufficient *(see, People v Butts,* 139 AD2d 660; *People v Dellarocco,* 115 AD2d 904) and the jury was adequately informed of the correct rules to apply in arriving at its verdict *(see, People v Butts, supra; People v Canty,* 60 NY2d 830, 832).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). The defendant's remaining contentions are either unpreserved for appellate review or without merit. Thompson, J. P., Kunzeman, Sullivan and Rosenblatt, JJ., concur.